

# DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
## ATTORNEYS AT LAW

555 Hudson Valley Avenue, Ste. 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Timothy P. McElduff, Jr.
Ralph L. Puglielle, Jr.

Geoffrey E. Chanin
Litigation Counsel

Jeanne N. Tully
Jennifer E. Wright
Stuart L. Kossar
Lynn A. Piscopo
Amy L. Zamenick

*L.L.M. in Taxation

May 20, 2011

**By Electronic Case Filing and First Class Mail**

The Honorable Joel B. Rosenthal
United States Bankruptcy Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    80-20 Realty Management, Inc.
             Case No. 1-10-42609-jbr
             Our File No.: 12656 - 63475

Dear Judge Rosenthal:

    We represent CVM Partners 1, LLC ("CVM Partners 1"), secured creditor of the above Debtor. CVM Partners 1 and the Debtor have entered into a written stipulation resolving CVM Partners 1's objection to the Debtor's amended plan of reorganization. This stipulation is being submitted to the Court by Debtor's counsel.

    Based on the foregoing, CVM Partners 1 will not be appearing at the confirmation hearing on May 23, 2011.

                                    Respectfully yours,

                                    TIMOTHY P. McELDUFF, JR.

TPM/187087

cc:    William Curtin, Esq., Office of the United States Trustee
       Jacqueline Frome, Esq., Office of the United States Trustee
       Bruce Weiner, Esq., Debtor's Counsel